IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAJA TALIBAH ZAHIR | : | CIVIL ACTION |
| | : | No. 20-6051 |
| v. | : | |
| | : | |
| LAWRENCE JOSEPH HOGAN, JR., et al. | : | |
| | : | |

## ORDER

AND NOW, this 23rd day of August, 2021, upon consideration of Defendants Chapman and Lambert's Motion to Dismiss Complaint or Alternatively to Transfer Venue to the Eastern District of Virginia and Defendant Mountcastle's Motion to Dismiss, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motions (Documents 55, 60) are GRANTED.

It is further ORDERED Plaintiff Naja Talibah Zahir's Motions (Documents 10, 20, 25, 28, 32, 53, 65, 69, 76, 81, 82, 83, 85, 89, 90, 95, 96, 97) are DENIED without prejudice as to reassertion.[1]

The Clerk of Court is directed to TRANSFER the above-captioned case to the United States District Court for the Eastern District of Virginia.

BY THE COURT:

  /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] A request for a court order must be made by motion and must "be in writing unless made during a hearing or trial; *state with particularity the grounds for seeking the order*; and state the relief sought." Fed. R. Civ. P. 7 (emphasis added). The above-mentioned Motions are practically unintelligible and therefore fall short of this standard. Because Zahir has not stated with sufficient particularity either the grounds for seeking court orders or the relief sought, the Motions are denied.